# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PINCHAS RAUL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SILVERBOW RESOURCES, INC., MARCUS C. ROWLAND, MICHAEL DUGINSKI, GABRIEL L. ELLISOR, DAVID GEENBERG, CHRISTOPH O. MAJESKE, CHARLES W. WAMPLER, SEAN C. WOOLVERTON,<br><br>　　　　Defendants. | Civil Action No. 1:22-cv-04455-AKH |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Pinchas Raul hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 11, 2022

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW PLLC**
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*